UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PROMPT STAFFING, INC., a California corporation; 24 HR PERSONNEL, INC., a California corporation; and EDITH URIBE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 5:17-cv-00542 SVW (JEMx)<br><br>JUDGMENT |

On March 22, 2017, plaintiffs PROMPT STAFFING, INC., 24 HR PERSONNEL, INC., and EDITH URIBE filed a complaint against defendant United States of America for wrongful levy pursuant to 26 U.S.C. § 7426. A five-day bench trial was held on January 16, 2018 through January 18, 2018, January 24, 2018, and February 13, 2018. On May 8, 2018, the Court issued a "Civil Minutes – General" wherein the Court made certain findings of fact and conclusions of law, and granted judgment in favor of defendant United States of America and against plaintiffs on their claims for wrongful levy pursuant to 26 U.S.C. § 7426.

1

Based on all of the pleadings filed by the parties in connection with this case, the trial of this case, the Court's "Civil Minutes – General" issued on May 8, 2018, and on all matters that are properly part of the record in this proceeding, and good cause appearing therefor,

IT IS ORDERED, ADJUDGED, and DECREED that:

1. Plaintiffs PROMPT STAFFING, INC., 24 HR PERSONNEL, INC., and EDITH URIBE are the nominees of Joseph Byrne, holding assets as a nominee for Joseph Byrne, including the Bank of America bank accounts of plaintiffs PROMPT STAFFING, INC. and 24 HR PERSONNEL, INC.

2. The Internal Revenue Service levies served upon Bank of America on February 6, 2017 and March 8, 2017 for the funds held in the bank accounts of plaintiffs PROMPT STAFFING, INC. and 24 HR PERSONNEL, INC. were not wrongful pursuant to 26 U.S.C. § 7426.

3. The Court hereby grants judgment in favor of defendant United States of America and against plaintiffs PROMPT STAFFING, INC., 24 HR PERSONNEL, INC., and EDITH URIBE on their claims for wrongful levy pursuant to 26 U.S.C. § 7426.

4. Plaintiffs PROMPT STAFFING, INC., 24 HR PERSONNEL, INC., and EDITH URIBE complaint, filed on March 22, 2017, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: June 6, 2018

_____
HON. STEPHEN V. WILSON
United States District Judge